IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD FOUNDATION HOLDINGS LIMITED, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 12-35-RGA |
| INTERNATIONAL VITAMIN CORPORATION, | : : : : |
| Defendant. | : |

**ORDER**

The Plaintiff's Motion for Leave to File Second Amended Complaint (D.I. 52) is **DENIED**. The effect of the motion, if granted, would be to add two additional defendants, one an Indian corporation with a principal place of business in India. The motion is timely per the Scheduling Order. (D.I. 19, ¶ 2). Granting it would, however, necessitate a lengthy postponement in the case. Leaving aside the question of how quickly service could be effected on the Indian defendant, the existing parties have already submitted a Joint Claim Construction chart and the claim construction hearing is scheduled for April 17, 2013.

In addition, there is absolutely nothing preventing the Plaintiff from separately suing the two proposed defendants if it so chooses. Plaintiff can get complete relief against the existing defendant for that defendant's activities without any need to have the additional defendants, and

thus there is no reason to grant the motion considering the disruption and delay to the schedule that it would bring.

1-28-13
Date

*Richard G. Andrews*
United States District Judge